THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CATALDO PROIA, JR., Appellant. [759 NYS2d 426] —Appeal from a judgment of Oneida County Court (Dwyer, J.), entered June 6, 2001, convicting defendant upon his plea of guilty of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v*

*Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.